Argued and submitted April 30, affirmed on petition; reversed and remanded for reconsideration on cross-petition August 4, 1993

In the Matter of the Compensation of
Rita M. Parke, Claimant.

Rita M. PARKE,
*Petitioner - Cross-Respondent,*

*v.*

OREGON HEALTH SCIENCES UNIVERSITY
and SAIF Corporation,
*Respondents - Cross-Petitioners.*

(91-04995; CA A76239)

855 P2d 1172

Daryll E. Klein, Milwaukie, waived oral argument and filed the brief for petitioner - cross-respondent.

Steve Cotton, Special Assistant Attorney General, Salem, argued the cause for respondents - cross-petitioners. On the brief were Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Julie K. Bolt, Special Assistant Attorney General, Salem.

Before Deits, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Affirmed on petition; on cross-petition, reversed and remanded for reconsideration in the light of *Tektronix, Inc. v. Nazari*, 117 Or App 409, 844 P2d 258 (1992), *on recon* 120 Or App 590, 853 P2d 315 (1993).